72348. MONROE et al. v. SIGLER et al.
(357 SE2d 166)

McMURRAY, Presiding Judge.

In *Monroe v. Sigler,* 256 Ga. 759 (353 SE2d 23) (1987), the Supreme Court reversed our unpublished decision dismissing as improvidently granted an interlocutory appeal in *Monroe v. Sigler* (Case No. 72348, decided September 9, 1986). Accordingly, our decision in *Monroe v. Sigler* (Case No. 72348), is vacated and the decision of the Supreme Court in *Monroe v. Sigler,* 256 Ga. 759, supra, is made the

judgment of this court.
*Judgment reversed. Carley and Pope, JJ., concur.*

DECIDED APRIL 14, 1987.

*Robert N. Dokson, George R. Neuhauser*, for appellants.
*Benjamin S. Williams, Mark F. Dehler*, for appellees.